**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BARRY EMMETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-471-JDK-KNM |
| | § | |
| FNU HESS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Barry Emmett, a prisoner incarcerated within the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 alleging purported violations of his constitutional rights. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On September 28, 2026, the Magistrate Judge issued a Report, Docket No. 4, recommending that Plaintiff's lawsuit be dismissed, without prejudice, as barred by the sanctions previously imposed on him by the United States District Court for the Northern District of Texas. A copy of this Report was mailed to Plaintiff at his last-known address and Plaintiff filed timely objections. Docket No. 5.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United*

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten days to fourteen days).

Plaintiff's objections do not address the substance of the Magistrate Judge's Report. Instead of addressing the sanctions barring him from filing lawsuits in federal court—as well as his accumulation of three strikes under the Prison Litigation Reform Act (PLRA)—Plaintiff complains about a parole officer and parole delays. Plaintiff's objections are without merit.

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge, Docket No. 4, as the findings of this Court.

It is therefore **ORDERED** that Plaintiff's lawsuit is **DISMISSED,** without prejudice, as barred by sanctions previously imposed. All other motions which may be pending are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **20th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE